Fill in this information to identify the case:

United States Bankruptcy Court for the: NORTHERN District of GEORGIA (State)

Case number (If known): 26-61746 Chapter 11

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 SEP -1 A 8:29

VANIA S. ALLEN
CLERK

BY: DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** COVENANT LAND HOLDINGS LLC

2. **All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 88-1028045

4. **Debtor's address**

**Principal place of business**
7 CHARLESTON AVE SE
Number Street
ATLANATA GA 30315
City State ZIP Code
FULTON
County

**Mailing address, if different from principal place of business**
134 JEFFERSON PKWY #309
Number Street
P.O. Box
NEWNAN GA 30263
City State ZIP Code

**Location of principal assets, if different from principal place of business**
Number Street
City State ZIP Code

5. **Debtor's website** (URL)

Debtor COVENANT LAND HOLDINGS LLC
Name

Case number (if known) ______________________

**6. Type of debtor**

- [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: ______________________

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [X] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11. *Check **all** that apply*:
  - [X] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [X] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [X] No
- [X] Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________

  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

Debtor COVENANT LAND HOLDINGS LLC Case number (if known)________________
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor ________________ Relationship ________________
District ________________ When ________________ MM / DD / YYYY
Case number, if known ________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ________________

**Where is the property?** ________________
Number Street
________________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ________________
Contact name ________________
Phone ________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor COVENANT LAND HOLDINGS LLC
Name

Case number (if known)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 01 2026
MM / DD / YYYY

✗ Judy R. Riley
Signature of authorized representative of debtor

JUDY R RILEY
Printed name

Title MANAGING MEMBER

**18. Signature of attorney**

✗ ____________________
Signature of attorney for debtor

Date ____________
MM / DD / YYYY

Printed name

Firm name

Number Street

City State ZIP Code

Contact phone Email address

Bar number State

Dominion Financial Services, LLC
c/o Corporate Creations Network, Inc.
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066

McCalla Raymer Leibert Pierce LLP
Attn: Greg Krivo, Esq.
1544 Old Alabama Road
Roswell, GA 30076

Mack Holdings LLC
Attn: LeAndrew McDaniel II
9755 Phoenician Ave
Las Vegas, NV 89147

Case Number: 26-61746 Name: **Covenant Land Holdings LLC** Chapter: 11 Division: Atlanta

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov/frequently-used-forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**

☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**

☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**

☒ Statement of Financial Affairs
☒ Schedules: A/B, D, E/F, G, H
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures ***(local form)***
☒ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**

☐ Statement of Intent – Ch.7 (*Individuals only*)

**Chapter 11**

☒ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☒ Small Business - Balance Sheet
☒ Small Business - Statement of Operations
☒ Small Business - Cash Flow Statement
☒ Small Business - Federal Tax Returns

**Case filed via:**

☒ Intake Counter by:
☐ Attorney
☐ Debtor
☒ Other: Roosevelt Watt, II 678-680-3973

☐ Mailed by:
☐ Attorney
☐ Debtor
☐ Other:

**History of Case Association**

Prior cases within 5 years: 26-57285-jrs

Signature: ______________________
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: *HD* ID Verified☒ Date:9/1/26

☐ 101A form filed stating rent deposit was made. – Was rent deposit submitted to Court ☐Yes ☐No

**FILING FEE INFORMATION**

**Online Payment for Filing Fee:** www.ganb.uscourts.gov/online-payments

☐ Paid $_______
☒ **Non-individual filing fee due** $ 1,738.00

You may mail documents and filing fee payments (**no personal checks or cash accepted**) to the address below.
**All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.**

UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000